UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEX L. HALE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00034-MPB-TAB |
| | ) | |
| JASON SMILEY, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The petitioner's petition for a writ of habeas corpus is **dismissed with prejudice**.

Dated: March 9, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: ______________________
Deputy Clerk, U.S. District Court

Distribution:

ALEX L. HALE
200980
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391